UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**

April 13, 2009 1:03 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __gf__/_____

JEROME WESTFIELD DEWALD #463078,

    Petitioner,

v.

GENE WRIGGLESWORTH,

    Respondent.

_____/

CASE NO. 1:08-CV-906
HONORABLE PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE
HONORABLE JOSEPH G. SCOVILLE
UNITED STATES MAGISTRATE JUDGE

## Notice of Filing Rule 5 Materials

  TO:  CAROLE M. STANYAR
      645 GRISWOLD STREET, SUITE 3060
      DETROIT MI 48226

  PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk

of the United States District Court for the Western District of Michigan, Southern Division, as

set forth in the attached Index of Record.

           Respectfully submitted,

           MICHAEL A. COX
           Attorney General

           Andrew L. Shirvell (P70472)
           Assistant Attorney General
           Appellate Division
           P.O. Box 30217
           Lansing, MI  48909
           (517) 373-4875

Dated:  April 10, 2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME WESTFIELD DEWALD #463078,

              Petitioner,

v.

GENE WRIGGLESWORTH,

              Respondent.

_____/

CASE NO. 1:08-CV-906
HONORABLE PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE
HONORABLE JOSEPH G. SCOVILLE
UNITED STATES MAGISTRATE JUDGE

**Index of Record**

1. Ingham County Docket Sheet 02-1185-FH
2. July 11, 2002 Preliminary Examination Transcript
3. September 18, 2002 Preliminary Examination Transcript
4. September 19, 2002 Preliminary Examination Transcript
5. October 22, 2002 Preliminary Examination Transcript
6. November 20, 2002 Preliminary Examination Transcript
7. December 18, 2002 Pre-Trial Transcript
8. February 26, 2003 Motion to Quash Transcript
9. April 2, 2003 Motion to Quash Transcript
10. June 23, 2003 Jury Trial Transcript
11. June 24, 2003 Jury Trial Transcript
12. June 26, 2003 Jury Trial Transcript
13. June 27, 2003 Jury Trial Transcript
14. September 3, 2003 Sentence Transcript
15. November 13, 2003 Motion Transcript
16. June 16, 2004 Motion for New Trial Transcript
17. Michigan Court of Appeals 251804
18. Michigan Supreme Court 126957
19. Michigan Supreme Court 129032
20. Michigan Court of Appeals 280034
21. MI Supreme Court 135709