UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEROME WESTFIELD DEWALD #463078,    )<br>    Petitioner,   )<br>   )<br>-v-   )<br>   )<br>GENE WRIGGELSWORTH,   )<br>    Respondent.   )<br>_____) | No. 1:08-cv-906<br><br>HONORABLE PAUL L. MALONEY |

### JUDGMENT

Having granted in part and denied in part Petitioner Jerome Westfield Dewald's petition for habeas corpus pursuant to 28 U.S.C. § 2254, **JUDGMENT** is entered as follows:

With regard to counts 3, 4, 5, and 6 (common-law fraud and larceny by conversion), the November 13, 2003 Judgment of Conviction entered in Ingham County Circuit Court against Jerome Westfield Dewald is **DECLARED NULL AND VOID**, and without effect.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   August 7, 2012   　　　　　　　　　　　　　　　　 /s/ Paul L. Maloney   
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge