UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEROME WESTFIELD DEWALD, ) | |
| ) | |
| Petitioner, ) | Case No. 1:08-cv-906 |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| GENE WRIGGLESWORTH, ) | |
| ) | **JUDGMENT** |
| Respondent. ) | |
| ) | |

In accordance with the mandate of the United States Court of Appeals for the Sixth Circuit:

IT IS ORDERED AND ADJUDGED that petitioner's petition for writ of habeas corpus be and hereby is DENIED.

Dated:   June 11, 2014          /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge